FILED

NOV 01 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 1:22CR77 |
| v. | Violations: 18 U.S.C. § 876(c) |
| **OWEN MASON DORNON,** | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Mailing Threatening Communications)

On or about September 8, 2021, defendant **OWEN MASON DORNON**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to 301 Court Ln, Rm 201, St. Mary's, WV 26170, and containing a threat to injure West Virginia Circuit Court Judge Timothy L. Sweeney and members of Judge Sweeney's family, which was received in Pleasants County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

(Mailing Threatening Communications)

On or about December 3, 2021, defendant **OWEN MASON DORNON**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to 301 Court Ln, Rm 201, St. Mary's, WV 26170, and containing a threat to injure West Virginia Circuit Court Judge Timothy L. Sweeney and members of Judge Sweeney's family, which was received in Pleasants County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT THREE

(Mailing Threatening Communications)

On or about June 24, 2022, defendant **OWEN MASON DORNON**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to Tim Sweeny, 301 Court Ln, Rm 200, St. Mary's, WV 26170, and containing a threat to injure West Virginia Circuit Court Judge Timothy L. Sweeney, which was received in Pleasants County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

(Mailing Threatening Communications)

On or about June 24, 2022, defendant **OWEN MASON DORNON**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to Tim Sweeny, 301 Court Ln, Rm 200, St. Mary's, WV 26170, and containing a threat to injure West Virginia Circuit Court Judge Timothy L. Sweeney and members of Judge Sweeney's family, which was received in Pleasants County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE

(Mailing Threatening Communications)

On or about June 27, 2022, defendant **OWEN MASON DORNON**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to Judge Sweeny, 301 Court Ln, Rm 200, St. Mary's, WV 26170, and containing a threat to injure West Virginia Circuit Court Judge Timothy L. Sweeney, which was received in Pleasants County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT SIX

(Mailing Threatening Communications)

On or about June 27, 2022, defendant **OWEN MASON DORNON**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to Tim Sweeny, 301 Court Ln, Rm 200, St. Mary's, WV 26170, and containing a threat to injure West Virginia Circuit Court Judge Timothy L. Sweeney, which was received in Pleasants County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

## COUNT SEVEN

(Mailing Threatening Communications)

On or about September 26, 2022, defendant **OWEN MASON DORNON**, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, or knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to Tim Sweeny, 301 Court Ln, Rm 200, St. Mary's, WV 26170, and containing a threat to injure West Virginia Circuit Court Judge Timothy L. Sweeney, which was received in Pleasants County, in the Northern District of West Virginia; in violation of Title 18, United States Code, Section 876(c).

A True Bill:

/s/
Grand Jury Foreperson

/s/William Ihlenfeld
WILLIAM IHLENFELD
United States Attorney

Clayton J. Reid
Assistant United States Attorney